**BYERS v. DENN.**

No. 11933—Opinion Filed Sept. 25, 1923.

**Appeal and Error—Failure of Defendant in Error to File Brief—Reversal.**

If on appeal to this court and after the regular assignment and submission of a cause, with notice to the attorneys for the respective parties to file brief, the plaintiff in error prepares and files brief, reasonably

tending to support the errors assigned for reversal of the cause, and the defendant fails to prepare, serve, and file brief, as required by the rules of this court, the record will not be examined for some theory to sustain the judgment of the trial court, but will be reversed and remanded.

(Syllabus by Stephenson, C.)

Commissioners' Opinion, Division No. 4.

Error from District Court, Oklahoma ty; James I. Phelps, Judge.

Action by Martin Denn against J. S. Byers in the Justice Court of Oklahoma County, in forcible entry and detainer proceedings. Judgment for plaintiff. Defendant brings error. Reversed and remanded.

Albert L. McRill, for plaintiff in error.

C. M. Thorp, for defendant in error.

Opinion by STEPHENSON, C. The plaintiff commenced his action in the justice court for possession of real estate in forcible entry and detainer proceedings against the defendant. The action found its way to the district court of Oklahoma county on appeal, where judgment went for the plaintiff. The defendant has brought error to this court. This cause was regularly assigned and submitted with notice to the attorneys for the respective parties to prepare, serve, and file briefs. The plaintiff in error has prepared, served, and filed brief which reasonably tends to support errors assigned for reversal. The defendant in error has failed to prepare, serve, and file brief in the cause. This court will not search the record for some theory to sustain the judgment of the trial court, but will reverse and remand the cause. Therefore it is recommended that this cause be reversed and remanded.

By the Court: It is so ordered.